NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-555 consolidated with 04-556, 04-557, 04-558


MATTIE M. AMOS AND RUSSELL C. AMOS

VERSUS

LYNDOL ENTERPRISES, INC.


**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2001-4657, C/W 2000-5537,
C/W 2001-5421, C/W 2002-4406, C/W 2002-2113
HONORABLE DURWOOD W. CONQUE, DISTRICT JUDGE
**********


GLENN B. GREMILLION
JUDGE


**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion and Elizabeth A. Pickett, Judges.

AFFIRMED.


**Laura Leigh Blackston**
**Jones, Walker, Waechter, Poitevent, Carrére & Denegre**
**201 St. Charles Ave., Ste 4900**
**New Orleans, LA 70170-5100**
**(504) 582-8000**
**Counsel for Defendant/Appellee**
     **Lyndol Enterprises, Inc.**

**Jeffrey M. Baudier**
**Matthew J. Landreau**
**Jones, Walker, Waechter, Poitevent, Carrère & Denegre**
**500 Dover Blvd, Ste 120**
**Lafayette, LA 70503**
**(337) 406-5610**
**Counsel for Defendants/Appellees**
      **Robin Daniel McGuire**
      **Lester Joey Durel, Jr.**
      **Lester Joey Durel, Sr.**
      **I. P. Properties, L.L.C.**
      **Lyndol Enterprises, Inc.**
      **Robert (Skip) Suttor**

**Madilyn Denise Powell**
**In Proper Person**
**1403 Hugh Wallis Road**
**Lafayette, LA 70508**
**(337) 268-9634**

**Mattie Amos**
**Russell C. Amos**
**In Proper Person**
**1403 Hugh Wallis Road**
**Lafayette, LA 70508**
**(337) 268-9634**